# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Alvaro Bermudez,<br>a.k.a.: Alvaro Bermudez-Juarez,<br>a.k.a.: Adbiel Robles Araiza,<br>(A 076 797 479)<br>*Defendant* | Case No. 16-361 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 13, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Alvaro Bermudez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about June 19, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 19, 2016

_____
*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 13, 2016, Alvaro Bermudez was booked into the Maricopa County Jail facility (MCJ) by the Phoenix Police Department on local charges. While incarcerated at MCJ, Bermudez was encountered by ICE Officer E. Geier who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On September 16, 2016, Bermudez was released from the MCJ and then transported to the Phoenix ICE office for further investigation and processing. Bermudez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Alvaro Bermudez to be a citizen of Mexico and a previously deported criminal alien. Bermudez was removed from the United States to Mexico through Nogales, Arizona, on or about June 19, 2013, pursuant to an order

of removal issued by an immigration judge. There is no record of Bermudez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Bermudez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Alvaro Bermudez was convicted of Possession of Dangerous Drugs for Sale, a felony offense, on November 14, 2008, in the Superior Court of Arizona, Maricopa County. Bermudez was sentenced to five (5) years' incarceration. Bermudez's criminal history was matched to him by electronic fingerprint comparison.

5. On September 16, 2016, Alvaro Bermudez was advised of his constitutional rights. Bermudez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Bermudez stated that his true and complete name is Alvaro Bermudez and that he is a citizen of Mexico. Bermudez stated that he illegally entered into the United States in July 2016, through San Luis, Arizona, without inspection by an immigration officer. Bermudez further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 13, 2016, Alvaro Bermudez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on June 19, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 19th day of September, 2016.

_____
Michelle H. Burns,
United States Magistrate Judge